**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7379**

SHON CONNER WILLIAMS,

                    Petitioner - Appellant,

          v.

WARDEN FCI WILLIAMSBURG MED,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Mary G. Lewis, District Judge. (4:14-cv-00011-MGL)

Submitted:  December 30, 2014        Decided:  January 7, 2015

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shon Conner Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shon Conner Williams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Williams v. Warden FCI Williamsburg Med, No. 4:14-cv-00011-MGL (D.S.C. Sept. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED